IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02280-MJW

RICHARD A. MARTIN JR.,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges. The parties are expected to become familiar with the Pilot Program (see Docket No. 18).

     **IT IS HEREBY ORDERED that on or before April 27, 2015, the parties shall complete and file the Pilot Program Consent Form (Docket No. 18), indicating either unanimous consent of the parties or that consent has been declined.**

Date: April 6, 2015