IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02280-MJW

RICHARD A. MARTIN JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on September 28, 2015, incorporated herein by reference, it is

ORDERED that the ALJ's denial of disability and SSI benefits is AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Richard A. Martin Jr..  It is

FURTHER ORDERED that each party shall pay its own costs and attorney fees.

DATED at Denver, Colorado this   28th    day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/S. Libid
S. Libid, Deputy Clerk